Case 1:19-cr-00651-LTS   Document 358   Filed 10/26/20   Page 1 of 1



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 25, 2020

**BY ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:    *United States v. Madlin Alexandru Anca*, 19 Cr. 651 (LTS)

Dear Judge Swain:

     The Government respectfully submits this letter jointly with the defendant to request that the Court schedule a change of plea hearing at the Court's earliest convenience. The Government and the defendant both consent to a remote proceeding.

The Court will request a videoconference setting for November 17, 2020, at 11:00 a.m.  Because time, date and modality cannot be confirmed until the end of the preceding week, counsel are requested to keep their calendars open from 9:00 a.m. to 2:00 p.m. on November 17, 2020, to the greatest extent possible.  DE# 357 resolved.
SO ORDERED.
10/26/2020
/s/ Laura Taylor Swain, USDJ

cc:    Jason E. Foy, Esq. (by ECF)
       Eric Sarraga, Esq. (by ECF)

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: *Robert B. Sobelman*
     Elizabeth A. Hanft
     Samuel P. Rothschild
     Robert B. Sobelman
     Assistant United States Attorneys
     (212) 637-2334/6527/2616